IN THE SUPREME COURT OF THE STATE OF NEVADA

JONATHAN MUNDO,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND DIRECTOR, NEVADA
DEPARTMENT OF CORRECTIONS,
Respondents.

JONATHAN WAYNE MUNDO,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; THE HONORABLE SUSAN
JOHNSON, DISTRICT JUDGE; AND
DIRECTOR, NEVADA DEPARTMENT
OF CORRECTIONS,
Respondents.

No. 70212

FILED

JUN 1 6 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

No. 70320

## ORDER DENYING PETITIONS

These are pro se petitions for a writ of mandamus and writ of prohibition challenging the validity of a judgment of conviction based upon alleged violations of the Interstate Agreement on Detainers. Without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline to exercise our original jurisdiction. *See* NRS 34.160; NRS 34.170; NRS 34.320; NRS 34.330. A challenge to the validity of the judgment of conviction must be raised in a postconviction petition

16-18962

for a writ of habeas corpus filed in the district court in the first instance.[1] NRS 34.724(2)(b); NRS 34.738(1). Accordingly, we

ORDER the petitions DENIED.

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

cc:    Hon. Susan Johnson, District Judge
       Jonathan Wayne Mundo
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

---

[1] We express no opinion as to whether petitioner could meet the procedural requirements of NRS chapter 34.